No. 72–6136. MARTIN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 72–6138. HEWLETT *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 72–6139. COLLAZO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–6141. SMITH *v.* KANSAS. C. A. 10th Cir. Certiorari denied.

No. 72–6150. SAUNDERS *v.* JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 72–6157. LOGAN *v.* NEW YORK. Sup. Ct. N. Y., Queens County. Certiorari denied.

No. 72–6161. ECKERT *v.* PAPER MANUFACTURERS CO. C. A. 3d Cir. Certiorari denied.

No. 72–6199. JOHNSON *v.* PARKER. C. A. 6th Cir. Certiorari denied.

No. 71–6687. PAGE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–837. DE SIMONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. .

No. 72–860. ROSS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. .

No. 72–952. WALKER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–958. CIRILLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. .